## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : No. 2:21-cr-136 |
| AHMED HASSAN | : |

## **ORDER**

AND NOW, this ___ day of June, 2021, upon consideration of the Defendant's Motion to Continue the Trial Date and Motion to Enlarge Time to File Pre-Trial Motions, it is hereby **ORDERED** that the Motions are GRANTED.

    The Trial Date is continued to _____.

    The deadline to file pre-trial motions is _____.

BY THE COURT:

_____
The Honorable Berle M. Schiller
United States District Court

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : No. 2:21-cr-136 |
| AHMED HASSAN | : |

**UNOPPOSED DEFENSE MOTION TO CONTINUE THE TRIAL DATE AND ENLARGE TIME TO FILE PRE-TRIAL MOTIONS**

NOW COMES the Defendant, AHMED HASSAN ("Mr. Hassan"), by and through his attorney, PANTELLIS PALIVIDAS, and respectfully requests that the trial date and the pre-trial motions deadlines are both continued to a later date for the following reasons:

1. On or about March 23, 2021, a grand jury returned a twenty-five-count wire fraud indictment. ECF NO. 1. The indictment was unsealed on April 22, 2021. ECF NO. 8.

2. Mr. Hassan was arraigned on April 9, 2021 and had fourteen days from that date to file pre-trial motions. ECF NO. 3.

4. On May 4, 20121, the Court scheduled trial for June 14, 2021.

3. The defense received discovery on May 17, 2021. The discovery in this matter is voluminous—there are approximately 669 electronic files. The discovery consists of contracts, financial statements, cell phone records, among several other voluminous documents, records, policies and spreadsheets.

4. Counsel needs time to review to determine whether he will need the aid of any investigators, consultants, and/or experts.

5. Counsel requires time to fully inspect to determine what, if any, pre-trial motions are necessary.

6. Only after the above-referenced work is complete will counsel and Mr. Hassan be in a position to determine whether to proceed to trial and will also require time to prepare for trial.

7. Counsel communicated with Assistant United States Attorney Megan Curran about a continuance of the trial date and deadline for filing pre-trial motions prior to filing this motion. The Government does not oppose this request.

**WHEREFORE**, Mr. Hassan requests that the Court enter an Order granting Defendant's Motion to Continue the Trial Date and Enlarge Time to File Pre-Trial Motions.

Respectfully Submitted,

_____/s/_____

PANTELLIS PALIVIDAS, ESQ.
*Attorney for Defendant Ahmed Hassan*
100 S. Broad Street, Suite 1910
Philadelphia, PA 19110

DATED: June 4, 2021

# CERTIFICATE OF SERVICE

      I, PANTELLIS PALIVIDAS, ESQUIRE, certify that on this 4th day of June, 2021, I have served a copy of the attached Unopposed Defense Motion to Continue the Trial Date and to Enlarge Time to File Pre-Trial Motions, via electronic filing upon the following parties:

| | |
|---|---|
| Megan Curran, Esquire | The Honorable Berle M. Schiller |
| Assistant United States Attorney | U.S. Courthouse |
| 615 Chestnut Street, Suite 1250 | 601 Market Street |
| Philadelphia, PA 19106 | Philadelphia, PA 19106 |