IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO.  21-136 |
| | : | |
| AHMED HASSAN | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

**AND NOW**, this 4th day of October 2024, came the attorney for the government and the defendant being present with counsel, and

☐ The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐ A jury has been waived, and the Court has found the defendant not guilty as to: _____

☒ The jury has returned its verdict, finding the defendant not guilty as to: Counts Eighteen and Nineteen

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

_____
MURPHY, J.

Cc:  U.S. Marshal
     Probation
     Office Counsel

10/4/2024
 Date
By Whom   KC

Cr 1 (5/21)