**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 21-136-1** |
| | : | |
| **AHMED HASSAN** | : | |

# ORDER

**AND NOW**, this 23rd day of November 2026, upon considering defendant's motion to dismiss the indictment, vacate the judgment of conviction and sentence, and refund financial penalties and restitution (DI 199), the government's opposition (DI 201), defendant's reply (DI 202), and the government's sur-reply (DI 206), it is **ORDERED** that the motion is **GRANTED** as follows:

1. As agreed by the government, counts 18, 19, and 25 of the indictment having been previously dismissed, all remaining counts of the indictment, i.e., counts 1-17 and 20-24, and the judgment entered against the defendant in this case are hereby **DISMISSED** and **VACATED**.

2. As agreed by the government, as soon as practicable following entry of this order, the Clerk of Court is **DIRECTED** to **RETURN** to defendant's estate the sum of $2,200, which represents payment made on account of the special assessment imposed in this case. Counsel for the estate shall provide the Clerk of Court with written instructions for the return of these funds.

3. Over the government's objection, the motion is further **GRANTED** with respect to the refund of the $147,800 in restitution paid by the defendant. The government did not propose a form of order similar to the one for the special assessment, above, so we will leave it to the government to confer with Ms. Hassan and proceed in the most administratively

appropriate manner.

**MURPHY, J.**